U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NY (White Plains)
-------------------------------------------------------------------------x
CIT BANK, N.A.,

                        Plaintiff,

    -against-

WILLIAM COVINO: BOARD OF DIRECTORS OF
EAGLE WOOD VISTAS HOMEOWNERS
ASSOCIATION, INC.,

                        Defendants
-------------------------------------------------------------------------x

Case No. 17-cv-09579-NSR

**CONSENT TO CHANGE ATTORNEY**

      **IT IS HEREBY STIPULATED AND AGREED**, that **FRIEDMAN VARTOLO, LLP**, be substituted as attorneys for Plaintiff for the undersigned party(ies) in the above action in place and stead of the undersigned attorney(s) as of the date hereof.

      **IT IS HEREBY STIPULATED AND AGREED**, that this consent may be signed in counterparts and that a fully executed facsimile copy shall have the same force and effect as an original.

Dated: 5/27/21

By: Andrew L. Jacobson, Esq.
**BRONSTER LLP**
*Outgoing Attorneys*
156 West 56th Street, Suite 902
New York, NY 10019
(P) 212.558.9300

Dated: 6/28/2021

By: Zachary Gold, Esq.
**FRIEDMAN VARTOLO LLP**
*Incoming Attorneys*
85 Broad Street, Suite 501
New York, New York 10004
(P) 212.471.5100
(F) 212.471.5150

Firm File Number: 211047-1

                                                    AMIP Management, attorney-in-fact for
Plaintiff's assignee Wilmington Savings
Fund Society, FSB, as Owner Trustee of the
Residential Credit Opportunities Trust VI-A

By: _____
Name: __Roy McMahon__
Title: __CEO__

Sworn to before me this
___ day of _____, 20__

_____
Notary Public

*See attached*

ACKNOWLEDGED OUTSIDE THE STATE OF NEW YORK

*A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.*

State of California
County of Orange

Subscribed and sworn (or affirmed) before me on this 23rd day of April, 2021, by Ron McMahan, who proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal

Signature _____
Valya Fisher, Notary Public
Commission Expires March 29, 2023

VALYA FISHER
Notary Public - California
Orange County
Commission # 2283516
My Comm. Expires Mar 29, 2023

ACKNOWLEDGED OUTSIDE THE STATE OF NEW YORK

*A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.*

State of California
County of Orange

On 4/23/2021 before me, Valya Fisher, the undersigned Notary Public, personally appeared Ron McMahan, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person or the entity upon behalf of which the person acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

Signature _____
Valya Fisher, Notary Public

VALYA FISHER
Notary Public - California
Orange County
Commission # 2283516
My Comm. Expires Mar 29, 2023

United States District Court
for the
Southern District of New York

| | |
|---|---|
| CIT BANK, N.A. | ) |
| | ) |
| | ) Civil Action No. |
| Plaintiff | ) 7:17-cv-09579-NSR |
| | ) |
| v. | ) |
| | ) |
| WILLIAM COVINO, BOARD OF | ) |
| DIRECTORS OF EAGLE WOOD VISTAS | ) |
| HOMEOWNERS ASSOCIATION, INC., | ) |
| | ) |
| Defendant(s) | ) |
| | ) |
| | ) |

## CERTIFICATE OF SERVICE

On July 14, 2021, I served a true copy of the annexed CONSENT TO CHANGE ATTORNEY, by mailing the same by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee indicated below

> William Covino
> 28 North Drive
> Rochelle Park, NJ 07662

DATED:    July 14, 2021
          New York, New York

>                       Friedman Vartolo, LLP
>                       Attorneys for Plaintiff
>                       */s/ Zachary Gold*
>                       by: Zachary Gold

1