William Covino

28 North Dr.

Rochelle Park, New Jersey

October 23, 2023

United States District Court
Southern District of New York

| | |
|---|---|
| Wilmington Savings Fund Society, FSB, <br><br> As Owner Trustee Of The Residential <br><br> Credit Opportunities Trust VI-A <br><br> Plaintiff, <br><br> vs. <br> William Covino, Board Of Directors Of <br><br> Eagle Wood Vistas Homeowners Association, <br><br> Inc. <br><br> Defendants | **Case No. 7:17-cv-09579-NSR** <br> **Index No. 17-cv-09579-NSR** <br><br><br><br> Request For Continuance And For <br> An Extension Of Time |

To All Parties and Their Attorneys of Record,

Comes Now William Covino, to move(s) the Court and Requests for an continuance and for an extension of time to properly prepare and respond to the Court's Order for a Foreclosure Sale Hearing Scheduled for October 25, 2023, Order dated September 26, 2023..

I, William Covino, 1) due to the critical nature of this matter and, 2) due to the fact that I am unrepresented and not expert in the law therefore, I need more time to properly and effectively respond to the said Court Order. I, William Covino, am not expert code pleaders and need more time to prepare and respond and formally object and make my case.

1

Therefore, I, William Covino, need and seeks an additional thirty (30) days time period to respond to the aforesaid Order and I request until November 30, 2023, to be able to respond. This extension is necessary for justice to be served and I who am sui juris, and unrepresented have enough time to properly prepare and respond.

Date: October 23, 2023

Respectfully submitted,

William Covino, sui juris – unrepresented

William Covino
28 North Dr.
Rochelle Park, New Jersey

October 23, 2023

United States District Court
Southern District of New York

| | |
|---|---|
| Wilmington Savings Fund Society, FSB, <br><br>As Owner Trustee Of The Residential Credit Opportunities Trust VI-A <br><br>Plaintiff, <br><br>vs. <br>William Covino, Board Of Directors Of Eagle Wood Vistas Homeowners Association, Inc. <br><br>Defendants | **Case No.7:17-cv-09579-NSR** <br>**Index No. 17-cv-09579-NSR** <br><br><br>(Request For Continuance and for an Extension of Time Proposed) Order |

Order

## PROPOSED ORDER

On October 23, 2023, William Covino filed a Request For Continuance And For An Extension Of Time to prepare, submit and respond to the Court's Order of September 26, 2023, the Continuance and extension is hereby GRANTED.

Upon motion of Plaintiff, and good cause appearing,
It is Hereby Ordered, that Plaintiff may have until November 30, 2023 to prepare and file a response with this Court. And the new Hearing Date is _____

DATED this 23 day of October, 2023.

HON. _____
U.S. District Court Judge

3

## CERTIFICATE OF SERVICE BY MAIL

I, William Covino, hereby certify that a true and correct copy of the "Request For Continuance And For An Extension Of Time" was mailed to the other parties at:

Cit Bank, N.A.
75 North Fair Oaks Avenue
Pasadena, California (91103)

Sean K Monahan, Esq.
156 West 56th Street
New York, New York 10019
Attorneys for Plaintiff CIT Bank, N.A.

Wilmington Savings Fund Society, FSB,
As Owner Trustee Of The Residential
Credit Opportunities Trust VI-A
c/o Sean K. Monahan, Esq.
FRIEDMAN VARTOLO LLP
Attorneys for Plaintiff
85 Broad Street, Suite 501
New York, New York 10004

Benjamin Greenwald, Esq. (As Appointed Referee)
210 E Main Street, Suite 301
Middletown, NY 10940-4061

Board Of Directors Of Eagle Wood Vistas Homeowners Association, Inc.
(Party/Name and address unknown)

October 23, 2023

_____
William Covino, sui juris-unreprestented